(85 Misc. Rep. 445)

### SOLOTAROFF v. WILLNER–EDELSTEIN AMUSEMENT CO.

(Supreme Court, Appellate Term, First Department. May 21, 1914.)

MASTER AND SERVANT (§ 73*)—COMPENSATION—RIGHT OF SERVANT.

An employé by the week, who, without adequate excuse, fails to report for duty for several days, is not entitled to any part of his week's wages.

[Ed. Note.—For other cases, see Master and Servant, Cent. Dig. §§ 90–102; Dec. Dig. § 73.*]

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Hirsch Solotaroff against the Willner-Edelstein Amusement Company. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed.

Argued May term, 1914, before GUY, BIJUR, and PENDLETON, JJ.

Abraham H. Sarasohn, of New York City, for appellant.

Jacob Panken, of New York City, for respondent.

GUY, J. The plaintiff, who is the secretary of a labor union, brought this action to recover on 22 assigned claims, partly for weekly wages at $19.50 of bill posters, and partly for weekly wages at $10 of ushers in a theater. All the plaintiff's assignors worked Monday, Tuesday, and Wednesday of the week in question. All of them were members of affiliated unions called the "Theatrical Council." Plaintiff testified that on Thursday there was a strike by one or two of the unions with which their unions were affiliated. The evidence shows that an audience of 2,000 spectators had gathered on Thursday night, but, owing to the strike of the affiliated unions, there could be no performance. Plaintiff's assignors did not report for work on Friday and Saturday. One of them testified, as an excuse therefor, that he read an article in an unnamed newspaper to the effect that the employers had locked out all members of the union as long as they retained their union membership. The appellant denied any such advertisement or announcement, and no newspaper containing such advertisement, or any copy thereof, was produced. The defense also claimed there was a general strike.

An employé by the week, who, without sickness or other adequate excuse, fails to report for work or tender his services for several days, but, on the contrary, abandons his job during that period, is not entitled to any part of the week's wages. Bozzone v. Stafford, 85 Misc. Rep. 53, 146 N. Y. Supp. 1076; Walsh v. New York & Kentucky Co., 88 App. Div. 478, 485, 487, 85 N. Y. Supp. 83; Arnold v. Adams, 27 App. Div. 345, 348, 49 N. Y. Supp. 1041; Seaburn v. Zachmann, 99 App. Div. 218, 220, 90 N. Y. Supp. 1005.

Judgment reversed, with costs, and complaint dismissed, with costs. All concur.